UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DIAMOND RESORTS INTERNATIONAL, INC., DIAMOND RESORTS CORPORATION, DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, and DIAMOND RESORTS MANAGEMENT, INC., | CASE NO.: 6:17-cv-01771-Orl-41GJK  Judge: Carlos E. Mendoza |

　　　　Plaintiffs,

v.

ORLANDO VENTURES, INC.,
HELPING TIMESHARE OWNERS, INC.,
ALLAN CAMPBELL ATTORNEY AT LAW,
LLC a/k/a BEST DEFENSE LAW TEAM,
TIMESHARE LAWYER SERVICES, LLC,
ALLAN CAMPBELL, individually, and
WILLIAM W. HOWELL, JR., individually,
ANDREA M. ROEBUCK, individually,
RODERIC LEE BOLING, III, individually,
BEST DEFENSE LAW, P.A., and
NASHVILLE TENNESSEE VENTURES,
INC.,

　　　　Defendants.
_____/

**NOTICE OF SETTLEMENT AFFECTING CLAIMS AT ISSUE IN PLAINTIFFS' DISPOSITIVE MOTION FOR PARTIAL SUMMARY JUDGMENT (DOC. 94)**

Plaintiffs, DIAMOND RESORTS INTERNATIONAL, INC., DIAMOND RESORTS CORPORATION, DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, and DIAMOND RESORTS MANAGEMENT, INC. (collectively "Diamond"), pursuant to Local Rule 3.08, hereby notify the Court that they have tentatively reached a *partial* settlement of this matter with some but not all Defendants, and that while this settlement does not yet fully resolve the case, such settlement would include a resolution with those particular Defendants at-issue in

Diamond's Dispositive Motion for Partial Summary Judgment (Doc. 94). Accordingly, Diamond seeks to provide the Court with immediate notice of this development so as to avoid the unnecessary expenditure of the Court's time and resources. A joint stipulation by the settling parties seeking the entry of a final order will be forthcoming.

Dated: April 3, 2020

*s/ Michael J. Quinn*
**ALFRED J. BENNINGTON, JR., ESQ.**
Florida Bar No. 0404985
Email:  bbennington@shutts.com
**GLENNYS ORTEGA RUBIN, ESQ.**
Florida Bar No. 0556361
Email: grubin@shutts.com
**MICHAEL J. QUINN, ESQ.**
Florida Bar No. 084587
Email: mquinn@shutts.com
**SHUTTS & BOWEN LLP**
300 South Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone:  407- 835-6755
Facsimile:   407-849-7255

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on his 3rd day of April, 2020, a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF System, which will send a notice of electronic filing to the following CM/ECF Participants, and on the aforementioned date, I served the foregoing via U.S. Mail, postage prepaid, upon the following non-CM/ECF Participants:

## CM/ECF PARTICIPANTS

Allan Campbell, Esq.
Best Defense Law Team
100 Colonial Center Parkway, Suite 104
Lake Mary, Florida, 32746
Telephone: 800-667-0359
Email: attyacampbell@aol.com

*Attorney for Defendants, Allan Campbell, Attorney at Law, LLC a/k/a/ Best Defense Law Team and Allan Campbell, individually*

Gregory P. McMahon, Esq.
Koleos, Rosenberg & McMahon, PL
253 N. Orlando Avenue, Suite 302
Maitland, Florida 32751
Tel: 407-637-8788
Email: gpm@krmlegalgroup.com
Secondary Email: amm@krmlegalgroup.com

and

Daniel J. Koleos, Esq.
Koleos, Rosenberg & McMahon, PL
253 N. Orlando Avenue, Suite 302
Maitland, Florida 32751
Tel: 407-637-8788
Email: djk@krmlegalgroup.com
Secondary Email: debi@krmlegalgroup.com

*Attorneys for Best Defense Law, P.A. and Andrea M. Roebuck*

David Wilson, Esq.
201 S.W. 2nd Street, Suite 101
Ocala, Florida 34471
Telephone: 352-629-0466
Email: david@dwilsonlaw.com
Secondary Email: wilsonlawfirm@gmail.com

*Attorney for Defendants, William W. Howell, Jr., individually, Orlando Ventures, Inc., Helping Timeshare Owners, Inc., Timeshare Lawyer Services, LLC, and Nashville Tennessee Ventures, Inc.*

## NON-CM/ECF PARTICIPANTS

Roderic Lee Boling, III
3408 Foxmeadow Court
Longwood, Florida 32779

*s/ Michael J. Quinn*
**MICHAEL J. QUINN, ESQ.**

ORLDOCS 17609227 2